Case 1:25-mj-00019
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 1/28/2025
Description: COMPLAINT W/ARREST WARRANT

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Peter Campopiano, am a Special Agent with the United States Capitol Police ("USCP"), Criminal Investigations Section, Washington, D.C. (hereinafter "Affiant"), being duly sworn, deposes and states as follows:

**INTRODUCTION**

1.      I am a Special Agent ("SA") with the United States Capitol Police ("USCP"). I have been employed by the United States Capitol Police since 2009. I am currently assigned as a Special Agent in the Criminal Investigations Section where I investigate a multitude of violations of the law.

2.      I attended the Criminal Investigations Training Program in 2021 and Uniformed Police Training Program in 2009 at the Federal Law Enforcement Training Center in Brunswick, Georgia and Cheltenham, Maryland respectively for a combined period of nine months. I received extensive and formal on-the-job training in the provisions of Codes of the United States and District of Columbia. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. My experience as an SA has include the investigations of cases involving the unlawful use and possession of firearms, acts of violence, public disturbance, damage or injury of property and the use of computers and the internet to commit offences.

3.      On the basis of interviews with witnesses and multiple members of law enforcement who were involved in this investigation, including other USCP officers, and officers for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), my firsthand knowledge

1

investigating this incident, and other information which I have reviewed and determined to be reliable, I allege that the following facts show there is probable cause to believe that Ryan Michael "Reily" English (hereinafter "ENGLISH") violated Title 26 United States Code § 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm), and Title 40 United States Code § 5104 (Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol).

4.     This affidavit is based upon information witnessed by me or provided to me by other law enforcement officers/agent and witnesses, all of whom I believe to be credible. Because this affidavit is being submitted for the limited purpose of showing probable cause for the arrest of ENGLISH, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause.

## PROBABLE CAUSE

5.     On Monday, January 27, 2025, at approximately 3:12PM, at 1 First Street NW, near the South Door of the US Capitol Building, the Subject, identified as Ryan Michael "Reily" English ("ENGLISH") approached a Capitol Police Officer (hereinafter "CPO-1") and stated "I'd like to turn myself in." ENGLISH further stated that ENGLISH was in possession of multiple knives and what ENGLISH referred to as two "Molotov Cocktails."

6.     Based on my training and experience, I understand that "Molotov cocktail" is the common term for what is a destructive device or incendiary bomb.

7.     ENGLISH was detained and searched by CPO-1 and another Capitol Police Officer (CPO-2). The search of ENGLISH uncovered a folding knife in ENGLISH's front right pants' pocket, as well as two destructive devices from the inside pockets of ENGLISH's jacket. The destructive devices were constructed of 50 milliliter bottles of Absolut brand vodka with a grey

2

cloth affixed to its top. A green BIC brand lighter was also recovered from ENGLISH's pants' pocket.

8.    Your affiant is aware a Molotov Cocktail of this type is considered a "firearm" under Title 26 United States Code § 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm).

9.    While being searched, ENGLISH asserted that the bottles contained vodka, and that the grey cloth was soaked in hand sanitizer.  ENGLISH continued to assert that ENGLISH was here to "Kill Scott Bessent" and that ENGLISH had additional "Molotov Cocktails" in ENGLISH's vehicle.

10.    Your affiant is aware that Scott Bessent was confirmed on January 27, 2025 as the United States Secretary of the Treasury.

11.    ENGLISH's car was located in the 900 Block of Independence Ave SW.  Law enforcement officers searched ENGLISH's car for additional destructive devices. The search uncovered a 750 milliliter bottle of Smirnoff 100 proof vodka and a grey sweatshirt with cloth cut from the sleeves. The cloth of this sweatshirt was consistent with the cloth affixed to the destructive devices.

12.    During a search of ENGLISH's person prior to transport, law enforcement officers recovered a receipt in ENGLISH's back left pants' pocket. On the back of the receipt was written: " █████ dear god I am so sorry. You must understand I can feel myself dying slowly b/c of my heart. This is terrible but I cant do nothing while nazis kill my sisters. I love you. This is awful. Im so sorry. I love u. Please stay alive and heal. you can. you are strong enough. Fuck them for pushing us so far. you dont deserve this. Im so sorry for lying and plotting and lying. Please survive [7 hearts]".

3

13.     At 06:28 PM, I advised ENGLISH of ENGLISH's Miranda rights. ENGLISH waived ENGLISH's Miranda rights and agreed to answer questions.

14.     With respect to the ENGLISH's arrest on January 27, 2025, ENGLISH admitted to leaving ENGLISH's phone at home for surveillance purposes. ENGLISH left ENGLISH's home in Massachusetts on Sunday, January 26, 2025, again leaving ENGLISH's phone behind for surveillance purposes, and traveled to the District of Columbia with the intention of killing what ENGLISH referred to as "Nazi" Secretary of Defense, Peter Hegseth, and/or the Speaker of the House, Mike Johnson, and/or burning down the Heritage Foundation, "two blocks from the White House." These actions were specifically to "depose" these political offices and send a message. ENGLISH admitted to buying an atlas a month ago to navigate ENGLISH's way to the District of Columbia, given ENGLISH would not have a phone with GPS capability. ENGLISH further admitted that ENGLISH wore clothes to conceal ENGLISH's appearance when purchasing the atlas and paid cash for the atlas.

15.     On ENGLISH's way to Washington, D.C., ENGLISH stopped at a library in Chevy Chase, Maryland, observed Reddit posts mentioning the confirmation hearings of the Secretary of the Treasury, Scott Bessent, and altered ENGLISH's target. ENGLISH confirmed that ENGLISH purchased the alcohol bottles for the intended purpose of constructing a destructive device. Originally, ENGLISH's thoughts were to use the small bottles of vodka to start fires and later to wrap them in rags soaked in alcohol, light them and throw them at Bessent's feet.

16.     ENGLISH knew the destructive device was illegal and that ENGLISH did not have a tax stamp from the ATF. Your affiant is aware a Molotov Cocktail is legal in some instances if it is registered with the ATF.

17.    ENGLISH explained, in the event ENGLISH was able to get close enough to Bessent, ENGLISH would have stabbed him with the knife that ENGLISH brought from home.

18.    After conducting surveillance of U.S. Capitol Grounds, ENGLISH surmised that ENGLISH would have to kill, at least, three U.S. Capitol Police Officers to get to Bessent and kill him. ENGLISH recognized that ENGLISH's actions were likely to put ENGLISH in grave danger and expressed acceptance and content with the possibility of suicide by cop.

19.    Your affiant consulted with an ATF Special Agent (hereinafter, "ATF-1"), who was with your affiant during the investigation. ATF-1 explained that the materials recovered in this investigation are consistent with that of a firearm, namely the Molotov cocktail. Further in ATF-1's training and experience, pending laboratory analysis and formal determination, the materials recovered in this investigation are suspected to be at least one destructive device. More specifically, the materials may be classified as an Improvised Incendiary Weapon or Incendiary Bomb. Additionally, ATF conducted a preliminary query of the National Firearms Registration and Transfer Record (NFTR), and confirmed that ENGLISH was not found to registered such a device.

## CONCLUSION

Your affiant alleges the aforementioned facts show that there is probable cause to believe that ENGLISH violated Title 26, United States Code § 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm), and Title 40 United States Code § 5104 (Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol).

I declare under penalty of perjury that the foregoing is true and correct.

_____
Special Agent Peter Campopiano
U.S. Capitol Police

Sworn and subscribed to me by telephone on this 28th day of January 2025.

_____
Honorable Matthew J. Sharbaugh
United States Magistrate Judge