**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on March 13, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 25-MJ-00019** |
| | : | |
| **RYAN MICHAEL ENGLISH,** | : | **VIOLATION:** |
| also known as, "Reily" Michael English, | : | **18 U.S.C. § 351(c)** |
| | : | **(Attempt to Assassinate a Cabinet** |
| **Defendant.** | : | **Member Nominee)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(1)(A)** |
| | : | **(Carrying a Firearm, Dangerous** |
| | : | **Weapon, Explosive, or Incendiary Device** |
| | : | **on the Grounds of the Capitol)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about January 27, 2025, within the District of Columbia, **RYAN MICHAEL**

**ENGLISH,** also known as, "Reily" Michael English, using a deadly or dangerous weapon, did

unlawfully, knowingly and intentionally attempt to assassinate S.B., a person nominated to head

the Department of Treasury, during the pendency of his nomination.

(**Attempt to Assassinate a Cabinet Member Nominee**, in violation of Title 18, United
States Code, Section 351(c))

**COUNT TWO**

On or about January 27, 2025, within the District of Columbia, **RYAN MICHAEL**

**ENGLISH,** also known as, "Reily" Michael English, did carry on or have readily accessible, a

dangerous weapon, specifically a knife with a blade over three inches in length, on the United

States Capitol Grounds or in any of the Capitol Buildings.

**(Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol**, in violation of Title 40, United States Code, Section 5104(e)(1)(A))

A TRUE BILL:

FOREPERSON

*Edward Martin Jr.,*

Attorney of the United States in
and for the District of Columbia