**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 25-CR-134 |
| v. | : | |
| | : | |
| **RYAN MICHAEL ENGLISH,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Travis Wolf.  AUSA Travis Wold will be substituting for SAUSA Brendan Horan.

                                                 Respectfully submitted,

                                                 JEANINE FERRIS PIRRO
                                                 United States Attorney

By:    /s/ *Travis Wolf*
          Travis Wolf
          D.C. Bar No. 1660476
          Assistant United States Attorney
          601 D Street, N.W.
          Washington, D.C. 20530
          (202) 252-7803
          Travis.Wolf@usdoj.gov