**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**                     :


              **v.**                     :         **1:25-CR-134 (RC)**


**Ryan Riley English**                     :

### PROPOSED ORDER

       Upon consideration of the Unopposed Motion to Continue Detention Hearing, it is hereby

ORDERED on this _____ that the Motion is GRANTED and the Detention Hearing

previously scheduled for July 31, 2025, is VACATED;

       It is further ORDERED that the hearing is continued to _____;

       And it is further ORDERED that, in the interests of justice, the time between July 31,

2025, and _____ 2025 shall be excluded under the Speedy Trial Act, because the

ends of justice served by such a continuance outweigh the interests of the public and the

defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7).


                                 _____

                                 U.S. DISTRICT COURT