# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 25-CR-134 (RC)** |
| **v.** : | |
| : | |
| **RYAN MICHAEL ENGLISH** : | |
| **aka "REILY" MICHAEL ENGLISH** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Special Assistant United States Attorney, Brendan Horan, who may be contacted by telephone on (202) 730-6871 or e-mail at Brendan.Horan@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Brendan M. Horan*
      Brendan M. Horan
      Special Assistant United States Attorney
      601 D Street, N.W.
      Washington, D.C. 20530
      Brendan.Horan@usdoj.gov
      (202) 730-6871