**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RYAN MICHAEL ENGLISH,**<br>also known as, "Reily" Michael English,<br><br>**Defendant.** | **Case No. 25-CR-00134 (RC)**<br><br>**VIOLATIONS:**<br><br>**26 U.S.C. § 5861(d)**<br>**(Unlawful Receipt, Possession, and/or Transfer of a Firearm)**<br><br>**40 U.S.C. § 5104(e)(1)(A)**<br>**(Carry on the Grounds or in any of the Capitol Buildings a Firearm, Dangerous Weapon, Explosives, or an Incendiary Device)** |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about January 27, 2025, within the District of Columbia, **RYAN MICHAEL ENGLISH,** also known as, "Reily" Michael English, also known as, Raleigh Jane English,[1] knowingly received and possessed a firearm, specifically two Molotov cocktails, not registered to **RYAN MICHAEL ENGLISH,** also known as, "Reily" Michael English, also known as, Raleigh Jane English in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

> (**Unlawful Receipt, Possession, and/or Transfer of a Firearm**, in violation of Title 26, United States Code, Section 5861(d))

---

[1]    The defendant was originally charged as Ryan Michael English a/k/a "Reily" Michael English.  The defendant has since reported a true name of Raleigh Jane English.

## <u>COUNT TWO</u>

On or about January 27, 2025, within the District of Columbia, **RYAN MICHAEL ENGLISH,** also known as, "Reily" Michael English, also known as, Raleigh Jane English, did carry on or have readily accessible, a dangerous weapon, specifically a knife with a blade over three inches in length, and incendiary devices, specifically two Molotov cocktails, on the United States Capitol Grounds or in any of the Capitol Buildings.

    (**Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol**, in violation of Title 40, United States Code, Section 5104(e)(1)(A))

                Respectfully submitted,

                JEANINE FERRIS PIRRO
                United States Attorney

    By:*/s/ Brendan M. Horan*
        Brendan M. Horan
        Special Assistant United States Attorney
        N.Y. Bar No. 5302294
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 730-6871
        Brendan.Horan@usdoj.gov