**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA        :

                                    :

     v.                           :        Criminal Action No.:  25-134 (RC)

                                    :

RYAN MICHAEL ENGLISH,        :

                                    :

     Defendant.                :

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **August 14, 2026, at 10:00 am** in Courtroom 23A;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **July 2, 2026**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **July 16, 2026**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **July 24, 2026**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **July 31, 2026**, with all responses (if any) due by **August 7, 2026**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  March 26, 2026                             RUDOLPH CONTRERAS
                                           United States District Judge