**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CR. NO. 1:25-CR-134 (RC)**<br>**FILE UNDER SEAL** |
| **RILEY ENGLISH** | ) | |
| | ) | |

## SEALING ORDER

This matter having come before the Court on the defendant's Motion to Seal pursuant to Local Criminal Rule 5.1(h) and for good cause shown, the Court finds that sealing is necessary in order to safeguard confidential information, as well as other sensitive personal information, pertaining to Riley English.

For the foregoing reasons it is hereby ORDERED that the defendant's Motion to Seal is granted, and it is FURTHER ORDERED that the Defendant's unredacted sentencing memorandum as well as the attached exhibits 1-8 filed on July 31, 2026, be maintained and remain under seal.

Entered this 6th day of August, 2026.

[signature]
The Honorable Rudolph Contreras
United States District Judge